# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | International Molasses Corp | 12/9/2022 | Wire | $ 44,833.75 |
| Akorn Operating Company, LLC | International Molasses Corp | 1/6/2023 | Wire | $ 120,103.75 |
| Akorn Operating Company, LLC | International Molasses Corp | 1/13/2023 | Wire | $ 44,833.75 |
| Akorn Operating Company, LLC | International Molasses Corp | 2/14/2023 | Wire | $ 48,964.50 |
|  |  |  |  | $ 258,735.75 |