# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, et al.[1], | Case No: 23-10253 (KBO) |
| *Debtors*. | (Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, **et al.**, | |
| *Plaintiff*, | |
| vs. | Adversary Proceeding No. 25-50256 (KBO) |
| INTERNATIONAL MOLASSES CORP., | |
| *Defendant*. | |

## **CERTIFICATE OF SERVICE**

I, James Tobia, Esq., certify under penalty of perjury that on July 11, 2025, I caused to be served a true and correct copy of the attached *Notice of Appearance*, by CM/ECF on the following:

Evan T. Miller
Paige N. Topper
SAUL EWING LLP
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
evan.miller@saul.com
paige.topper@saul.com

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

2

Dated: July 11, 2025.                **Respectfully submitted,**

                                                    **The Law Office of James Tobia, LLC**
By: */s/ James Tobia*
James Tobia, Esquire (I.D. No. 3798)
1716 Wawaset Street
Wilmington, DE 19806
Tel. (302) 655-5303
Fax (302) 656-8053
Email: jtobia@tobialaw.com