# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, et al.[1], | Case No: 23-10253 (KBO) |
| *Debtors*. | (Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al., | |
| *Plaintiff*, | Adversary Proceeding No. 25-50256 (KBO) |
| vs. | |
| INTERNATIONAL MOLASSES CORP., | |
| *Defendant*. | |

## NOTICE OF SERVICE

Please take notice that the documents identified on the attached certification(s) were served upon those individual(s) in the manner set forth therein.

Dated: July 11, 2025

**THE LAW OFFICE OF JAMES TOBIA, LLC**

By: */s/ James Tobia*
James Tobia, Esq. (DE 3798)
1716 Wawaset Street
Wilmington, DE 19806
Tel: 302-655-5303 / Fax : 302-656-8053
Email: jtobia@tobialaw.com
*Attorney for the Defendant*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.