# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, et al.[1], | Case No: 23-10253 (KBO) |
| *Debtors.* | (Jointly Administered) |
| --------------------------------------------------------- | |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al., | |
| *Plaintiff,* | Adversary Proceeding No. 25-50256 (KBO) |
| vs. | |
| INTERNATIONAL MOLASSES CORP., | |
| *Defendant.* | |

## CERTIFICATE OF SERVICE

I, Roland Gary Jones, Esq. certify under penalty of perjury that on July 10, 2025, I caused to be served International Molasses Corp.'s Initial Disclosures by electronic mail and first-class mail, postage prepaid, upon the parties listed on the service list annexed hereto.

Dated: July 11, 2025

        **JONES & ASSOCIATES**
        By: */s/Roland Gary Jones*
        Roland Gary Jones, Esq.
        New York Bar No. RGJ-6902
        1325 Avenue of the Americas
        28th Floor
        New York, NY 10019
        Tel: (347) 862-9254
        Fax: (212) 202-4416
        Email: rgj@rolandjones.com
        *(Pro Hac Vice application to be filed)*

        *Counsel for the Defendant*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

**Service List:**

**BY ELECTRONIC MAIL
AND REGULAR MAIL TO:**

**SAUL EWING LLP**
Evan T. Miller
Paige N. Topper
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
E-mail: evan.miller@saul.com
           paige.topper@saul.com

*Special Counsel to Plaintiff*