# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL MOLASSES CORP.,<br><br>Defendant. | <br><br><br><br><br><br><br><br>Adv. Proc. No. 25-50256 (KBO) |

## NOTICE OF SERVICE

I, Paige N. Topper, hereby certify that on July 11, 2025, a copy of the

*Plaintiff's Initial Disclosures* was served via E-mail on the parties below:

| | |
|---|---|
| ***E-mail***<br>Jones & Associates<br>Attn: Roland Gary Jones<br>1325 Avenue of the Americas, 28th Floor<br>New York, New York 10019<br>rgj@rolandjones.com | The Law Office of James Tobia, LLC<br>Attn: James Tobia<br>1716 Wawaset Street<br>Wilmington, Delaware 19806<br>jtobia@tobialaw.com |

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

55877344.1 07/11/2025

**SAUL EWING LLP**

By: */s/ Paige N. Topper*
    Evan T. Miller (DE Bar No. 5364)
    Paige N. Topper (DE Bar No. 6470)
    1201 N. Market Street, Suite 2300
    Wilmington, DE 19801
    Telephone: (302) 421-6800
    evan.miller@saul.com
    paige.topper@saul.com

    *Counsel to Plaintiff*

Dated: July 11, 2025