IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No: 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL MOLASSES CORP.,<br><br>Defendant. | Adversary Proceeding 25-50256-KBO |

**DEFENDANT INTERNATIONAL MOLASSES CORP.'S
CORPORATE OWNERSHIP STATEMENT PURSUANT TO FED. R. BANKR. P.7007.1**

Defendant International Molasses Corp. (the "Defendant"), by counsel, pursuant to Federal Rule of Bankruptcy Procedure ("FRBP") 7007.1, hereby certifies that the Defendant does not have a parent corporation and no publicly held corporation owns 10% or more of an interest in the Defendant.

---

[1] The Debtors in the chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LLC (6123), and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

Dated: July 24, 2025.

        **Respectfully submitted,**

        **The Law Office of James Tobia, LLC**
By: */s/ James Tobia*
James Tobia, Esquire (I.D. No. 3798)
1716 Wawaset Street
Wilmington, DE 19806
Tel. (302) 655-5303
Fax (302) 202-4255
Email: jtobia@tobialaw.com

**-and-**

**JONES & ASSOCIATES**

By: */s/ Roland Gary Jones*
Roland Gary Jones, Esq.
New York Bar No. RGJ-6902
1325 Avenue of the Americas
28th Floor
New York, NY 10019
Tel. (347) 862-9254
Fax (212) 202-4416
Email: rgj@rolandjones.com

*Pro Hac Vice Application to be filed*

*Counsel for the Defendant*