# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL MOLASSES CORP.,<br><br>Defendant. | Adv. Proc. No. 25-50256 (KBO) |

## NOTICE OF SERVICE

I, Paige N. Topper, hereby certify that on July 28, 2025, a copy of the *Plaintiff's First Set of Interrogatories, Request for Production of Documents and Requests for Admissions Directed to Defendants* was served via First Class Mail and E-mail on the parties below:

| *First Class Mail & E-mail* | *First Class Mail & E-mail* |
|---|---|
| The Law Office of James Tobia, LLC<br>James Tobia, Esquire<br>1716 Wawaset Street<br>Wilmington, DE 19806<br>Tel. (302) 655-5303<br>Email: jtobia@tobialaw.com | JONES & ASSOCIATES<br>Roland Gary Jones, Esq.<br>Divya Singh, Esq.<br>1325 Avenue of the Americas<br>28th Floor<br>New York, NY 10019<br>Tel. (347) 862-9254<br>Email:  rgj@rolandjones.com<br>           ds@rolandjones.com |

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

55966877.1 07/28/2025

**SAUL EWING LLP**

By: <u>*/s/ Paige N. Topper*</u>
Evan T. Miller (DE Bar No. 5364)
Paige N. Topper (DE Bar No. 6470)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
evan.miller@saul.com
paige.topper@saul.com

*Counsel to Plaintiff*

Dated: July 28, 2025