# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL MOLASSES CORP.,<br><br>Defendant. | Adv. Proc. No. 25-50256 (KBO) |

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff George L. Miller, solely in his capacity as Chapter 7 Trustee of Akorn Holding Company LLC, et al., and Defendant International Molasses Corp., by and through his undersigned counsel, hereby stipulates to dismiss this adversary proceeding, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7041.

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

2

| SAUL EWING LLP | THE LAW OFFICE OF JAMES TOBIA, LLC |
|---|---|
| */s/ Paige N. Topper* <br> Evan T. Miller (DE Bar No. 5364) <br> Paige N. Topper (DE Bar No. 6470) <br> 1201 N. Market Street, Suite 2300 <br> Wilmington, DE 19801 <br> Telephone: (302) 421-6800 <br> evan.miller@saul.com <br> paige.topper@saul.com <br><br> *Counsel for Plaintiff George L. Miller, in his capacity as Chapter 7 Trustee* | */s/ James Tobia* <br> James Tobia (DE Bar No. 3798) <br> 1716 Wawaset Street <br> Wilmington, DE 19806 <br> Telephone: (302) 655-5303 <br> jtobia@tobialaw.com <br><br> -and- <br><br> JONES & ASSOCIATES <br> Roland Gary Jones <br> 1325 Avenue of the Americas, 28th Floor <br> New York, NY 10019 <br> Telephone: (347) 862-9254 <br> rgj@rolandjones.com <br><br> *Counsel for Defendant International Molasses Corp.* |

Dated: November 21, 2025